EC

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:25-mj-377 |
| James Bradley Strahler II | ) | |
| 2201 Riverside Drive, Apartment 221 | ) | |
| Columbus, Ohio 43221 | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 2024-June 2025___ in the county of ___Franklin and Delaware___ in the ___Southern___ District of ___Ohio___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1466A(1)(a) | Production or Distribution of Obscene Visual Representation of Child Porn |
| 18 U.S.C. § 1462 | Transportation of Obscene Material |
| 18 U.S.C. § 2252A(a)(7) | Production of a Morphed Image of Child Pornography |
| 18 U.S.C. § 2261A(2) | Cyberstalking |
| 18 U.S.C. § 875(d) | Sextortion |
| 47 U.S.C. §223(a)(1)(C) | Anonymous Telecommunications Harassment |

This criminal complaint is based on these facts:

See the attached Affidavit of FBI SA Josh Saltar which is fully incorporated herein.

☑ Continued on the attached sheet.

Digitally signed by
SALTAR.JOSH.A13U65E39
Date: 2025.06.23 09:52:07
-04'00'

_____
*Complainant's signature*

Josh Saltar, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

_____
Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

Date:   6/23/2025

City and state:   Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
_____
*Printed name and title*