UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BRADLEY STRAHLER II,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. §§ 1466A(a)(1) & (d)(4)<br>18 U.S.C. § 2252A(b)(1)<br>18 U.S.C. § 2261A(2)(B)<br>18 U.S.C. § 2261(b)(5)-(6)<br>47 U.S.C. §§ 223(h)(3)(A) & (4)(A)<br><br>**FORFEITURE ALLEGATIONS** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Publication of Digital Forgeries)

1. In April 2025, in the Southern District of Ohio, the defendant, **JAMES BRADLEY STRAHLER II**, did knowingly publish a digital forgery of an identifiable individual, to wit: Adult Victim One (DOB: 3/1990), in interstate or foreign commerce through the use of an interactive computer service, without the consent of Adult Victim One, and what was depicted in the digital forgery was not voluntarily exposed by Adult Victim One in a public or commercial setting and was not a matter of public concern, and the publication of the digital forgery caused, and was intended to cause, harm to Adult Victim One.

   In violation of 47 U.S.C. §§ 223(h)(3)(A) & (h)(4)(A).

## COUNT TWO
(Cyberstalking)

2. Between approximately December 2024 and April 2025, in the Southern District of Ohio, the defendant, **JAMES BRADLEY STRAHLER II**, with the intent to kill, injure, harass and intimidate another person, to wit: Adult Victim One (DOB: 3/1990), used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Adult Victim One or to an immediate family member of Adult Victim One, and the defendant, **JAMES BRADLEY STRAHLER II**, committed such offense in violation of an order described in 18 U.S.C. § 2266.

**In violation of 18 U.S.C. §§ 2261A(2)(B) & 2261(b)(5)-(6).**

## COUNT THREE
(Cyberstalking)

3. Between approximately December 2024 and April 2025, in the Southern District of Ohio, the defendant, **JAMES BRADLEY STRAHLER II**, with the intent to kill, injure, harass and intimidate another person, to wit: Adult Victim Four (DOB: 1/1988), used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Adult Victim Four or to an immediate family member of Adult Victim Four.

**In violation of 18 U.S.C. §§ 2261A(2)(B) & 2261(b)(5).**

## COUNT FOUR
(Production of Obscene Visual Representation of Child Sexual Abuse)

4. Between approximately January 2025 and April 2025, in the Southern District of Ohio, the defendant, **JAMES BRADLEY STRAHLER II**, did knowingly produce a visual depiction of any kind that depicts a minor, specifically Minor Victim One (DOB: 1/2024), Minor Victim Two (DOB: 12/2010), and Minor Victim Three (DOB: 9/2017), engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256(2) and is obscene, such visual depiction having been shipped or transported in interstate or foreign commerce by any means, including by computer or the internet.

**In violation of 18 U.S.C. §§ 1466A(a)(1) & (d)(4) and 2252A(b)(1).**

## FORFEITURE ALLEGATION A

5. Upon conviction of the offense set forth in Count One this Information, the defendant, **JAMES BRADLEY STRAHLER II**, shall forfeit to the United States, pursuant to 47 U.S.C. § 223(h)(7)(A): (i) any material distributed in violation of 47 U.S.C. § 223(h)(3); (ii) the defendant's interest in property, real or personal, constituting or derived from any gross proceeds of the violation, or any property traceable to such property, obtained or retained directly or indirectly as a result of the violation; and (iii) any personal property of the defendant used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation, including but not limited to:

- One white Apple iPhone 12 with associated IMEI 353719570084945, including all its contents;
- One Apple iPhone 8 with associated IMEI 356731083168609, including all its contents; and

- One Apple iPhone 15 Pro Max with associated IMEI 356511211715434, including all its contents.

## FORFEITURE ALLEGATION B

6. Upon conviction of the offense set forth in Count Four this Information, the defendant, **JAMES BRADLEY STRAHLER II**, shall forfeit to the United States, pursuant to 18 U.S.C. § 1467(a): (1) any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense including, but not limited to, the property listed in Forfeiture Allegation A.

**Forfeiture notice in accordance with 47 U.S.C. § 223(h)(7)(A), 18 U.S.C. § 1467(a), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
United States Attorney

*Emily Czerniejewski*

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney