**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:26-cr-038** |
| **Plaintiff,** | : | |
| | : | **CHIEF JUDGE SARAH D. MORRISON** |
| **v.** | : | |
| | : | |
| **JAMES BRADLEY STRAHLER II,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 32.2(b), for the issuance of a Preliminary Order of Forfeiture.  This motion is supported by the record in this case and the following memorandum.

## MEMORANDUM

On March 5, 2026, the United States Attorney for the Southern District of Ohio charged defendant James Bradley Strahler II in a four-count Information with Publication of Digital Forgeries, in violation of 47 U.S.C. §§ 223(h)(3)(A) and (h)(4)(A) (Count 1), and Production of Obscene Visual Representation of Child Sexual Abuse, in violation of 18 U.S.C. §§ 1466A(a)(1) and (d)(4) (Count 4), among other offenses.  (Doc. 27.)

Forfeiture allegations in the Information provided notice to the defendant that the United States would seek the forfeiture, pursuant to 47 U.S.C. § 223(h)(7)(A), of any material distributed in violation of 47 U.S.C. § 223(h)(3), and any personal property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation charged in Count 1 of the Information; and pursuant to 18 U.S.C. § 1467(a), of any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71,

and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense charged in Count 4 of the Information, including but not limited to the following (the "subject property"):

- One white Apple iPhone 12 with associated IMEI 353719570084945, including all its contents;

- One Apple iPhone 8 with associated IMEI 356731083168609, including all its contents; and

- One Apple iPhone 15 Pro Max with associated IMEI 356511211715434, including all its contents.

(*Id.*)

The defendant entered into a Plea Agreement with the United States in which the defendant agreed to plead guilty to all counts of the Information and agreed to the immediate forfeiture of the subject property, pursuant to 47 U.S.C. § 223(h)(7)(A) and 18 U.S.C. § 1467(a), as material distributed in violation of 47 U.S.C. § 223(h)(3), as set forth in Count 1 of the Information; as property used, or intended to be used, to commit the offenses charged in Counts 1 and 4 of the Information; and/or as obscene material produced, transported, and shipped, as set forth in Count 4 of the Information.  (Doc. 28.)  The defendant pleaded guilty to Counts 1, 2, 3, and 4 of the Information on April 7, 2026.  (Doc. 31.)

Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure provides, in relevant part: "If the government seeks forfeiture of specific property, the court must determine whether the government has established the requisite nexus between the property and the offense."  Fed. R. Crim. P. 32.2(b)(1)(A).  "The court's determination may be based on evidence already in the record, including any written plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable."  Fed. R. Crim. P. 32.2(b)(1)(B).

Based on the evidence set forth in the record, the United States asserts that it has established the requisite nexus between the subject property and the offenses to which the defendant has pled guilty.  Accordingly, the subject property is forfeitable to the United States under 47 U.S.C. § 223(h)(7)(A) and 18 U.S.C. § 1467(a).

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture, forfeiting the subject property to the United States.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


*s/ Emily Czerniejewski*
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Emily.Czerniejewski@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, a copy of the foregoing United States' Motion for Preliminary Order of Forfeiture was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/ Emily Czerniejewski*
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney

3