United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                        Case No. 2:26-cr-38

James Bradley Strahler, II

## COURTROOM MINUTES
## Arraignment on Information

| U.S. District Judge Sarah D. Morrison | | Date: 7/13/2026  11:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Emily Czerniejewski |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Todd Long |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The Defendant appeared before the Court, waived his right to an indictment, and pleaded guilty to Counts 1, 2, 3, and 4 of the Amended Information.

The Court conferred with the Government, the Defendant and his Counsel, that there was one change regarding the dates of conduct on Count 1 of the Information, Plea Agreement, and Statement of Facts.

The Court accepted the defendant's waiver and plea of Guilty to Counts 1, 2, and 3 of the Amended Information.

Defendant to be held in the custody of the USMS pending sentencing.